Rosalina **CUELLAR DE OSORIO**; Elizabeth Magpantay; Evelyn Y. Santos; Maria Eloisa Liwag; Norma Uy; Ruth Uy, Plaintiffs–Appellants,

v.

Alejandro **MAYORKAS**, Director, United States Citizenship and Immigration Services; Janet Napolitano, Secretary of the Department of Homeland Security; Hillary Rodham Clinton, Secretary of State, Defendants–Appellees.

Teresita G. Costelo; Lorenzo P. Ong, Individually and on Behalf of all Others Similarly Situated, Plaintiffs–Appellants,

v.

Janet Napolitano, Secretary of the Department of Homeland Security; United States Citizenship and Immigration Services; Alejandro Mayorkas, Director, United States Citizen-

ship and Immigration Services; Lynne Skeirik, Director, National Visa Center; Christina Poulos, Acting Director, California Service Center, United States Citizenship and Immigration Services; Hillary Rodham Clinton, Secretary of State, Defendants–Appellees.

Nos. 09–56786, 09–56846.

United States Court of Appeals, Ninth Circuit.

April 20, 2012.

Nancy Ellen Miller, Esquire, Reeves & Associates, APLC, Pasadena, CA, Amy Prokop, Carl Shusterman, Law Offices of Carl M. Shusterman, Los Angeles, CA, for Plaintiffs–Appellants.

Aaron Nelson, Trial, DOJ–U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

Mary A. Kenney, American Immigration Law Foundation, Washington, DC, for Amicus Curiae.

Anthony J. Favero, Robert L. Reeves, Esquire, Reeves & Associates, APLC, Pasadena, CA, Jeremiah Johnson, Johnson & McDermed, LLP, San Francisco, CA, for Plaintiffs–Appellants Teresita G. Costelo and Lorenzo P. Ong.

Elizabeth J. Stevens, Assistant Director, Gisela Ann Westwater, Trial, Aaron Nelson, Trial, DOJ–U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

D.C. Nos. 5:08–cv–00840–JVS–SH, 8:08–cv–00688–JVS–SH.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Cir-

cuit Rule 35–3.  The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.